JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. LA CV 14-5511 JAK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: May 14, 2015      _____

                                             HON. JOHN A. KRONSTADT<br>
                                             UNITED STATES DISTRICT JUDGE